IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC -5  P 4: 25

CLERK_____
SO. DIST. OF GA.

WILLIE DAVIS,

   Petitioner,

v.           CIVIL ACTION NO.:CV506-088

DONALD BARROW, Warden,
and ATTORNEY GENERAL OF
STATE OF GEORGIA,

   Respondents.

## ORDER

Petitioner filed a "Motion for Court Order Directing Clerk to Release Transcripts." Petitioner seeks a copy of a transcript of the jury trial in <u>Davis v. McCulloch</u>, Civil Action Number CV597-103. Petitioner's Motion is **DENIED**. The Court fails to see how testimony in a nine-year old civil rights case could have any bearing on this case challenging Petitioner's criminal conviction.

**SO ORDERED**, this 5th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)