FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

2007 JAN 19  A 10: 42

CLERK *L. LaVictoria*
SO. DIST. OF GA.

WILLIE DAVIS,

           Petitioner,

           v.

DONALD BARROW, Warden,
and ATTORNEY GENERAL OF
STATE OF GEORGIA,

           Respondents.

CIVIL ACTION NO.:CV506-088

## O R D E R

    Petitioner has filed a "Motion for Judgment by Default" asserting that the response to his habeas action filed by the Respondents was untimely.  A review of the Clerk's file shows that by Order dated January 16, 2007, the answer was deemed timely filed. Petitioner's Motion for Default is **DENIED**.

    **SO ORDERED**, this _19th_ day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)