AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE DAVIS
          Petitioner

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV506-088

DONALD BARROW, Warden, and
ATTORNEY GENERAL OF STATE OF GEORGIA
          Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order dated May 14, 2007, adopting the Report and Recommendation of the U.S. Magistrate as the opinion of the Court and dismissing Plaintiff's Motion to Amend Complaint and dismissing the petition; Judgment is hereby entered. This action stands closed.

May 14, 2007
Date

Scott L. Poff
Clerk

_Mary Anne Hill_
(By) Deputy Clerk

GAS Rev 10/1/03